### 8375. CHISLON v. THE STATE.

LUKE, J. The motion to arrest the judgment is without merit, and the court did not err in refusing to set aside the judgment.

*Judgment affirmed. Wade, C. J., and George, J., concur.*

DECIDED MARCH 23, 1917.

Accusation of larceny from person; from city court of Dublin—Judge Flynt. December 16, 1916.

The accusation charged that the accused "did . . unlawfully, wrongfully, fraudulently, privately, and without the consent of" Frank Butler, take from the person of the said Butler certain money (described), with intent to steal the same, contrary to the laws of this State, etc. The accused was convicted and sentenced, and on the same day moved to set aside the verdict and judgment, contending that the accusation was fatally defective because it failed to charge that the taking was "without the knowledge" of

the person from whom the money was taken. The motion was overruled, and he excepted.

Cited by counsel: *Gilbert* v. *State,* 17 *Ga. App.* 143; *Smith* v. *State,* 17 *Ga. App.* 612; *Lanier* v. *State,* 5 *Ga. App.* 472; *Badger* v. *State,* 5 *Ga. App.* 477; *Harris* v. *State,* 58 *Ga.* 332; *Smith* v. *State,* 60 *Ga.* 430; *Hicks* v. *State,* 60 *Ga.* 464; *Jordan* v. *State,* 60 *Ga.* 656 (2); *Bailey* v. *State,* 65 *Ga.* 411; *Yates* v. *State,* 67 *Ga.* 770; *Adkins* v. *State,* 103 *Ga.* 10.

*W. A. Dampier,* for plaintiff in error.

*S. P. New, solicitor,* contra.